**Fill in this information to identify the case:**

Debtor 1: Jody L. Gula

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 17-19474

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citibank, N.A. c/o Cenlar FSB

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to Identify the debtor's account: 3977

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes.  Date of the last notice: 06/12/2020

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney Fees | $125.00 08/27/20 (NOTICE OF PAYMENT CHANGE); $125.00 09/24/20 (NOTICE OF PAYMENT CHANGE); $150.00 11/04/20 (POST PETITION FEE NOTICE); | (3) | $400.00 |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | | (5) | |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax Advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify:_____ | | (10) | |
| 11. Other. Specify:_____ | | (11) | |
| 12. Other. Specify:_____ | | (12) | |
| 13. Other. Specify:_____ | | (13) | |
| 14. Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| | | | |
|---|---|---|---|
| Debtor 1 | Jody L. Gula | Case number *(if known)* | 17-19474 |
| | First Name   Middle Name   Last Name | | |

## Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| ✗ | /s/ Rachael A. Stokas | Date | 11/4/2020 |
| | Signature | | |

| | | | |
|---|---|---|---|
| Print | Rachael A. Stokas | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | |

Company   Codilis & Associates, P.C.

Address   15W030 North Frontage Road, Suite 100
          Number       Street

          Burr Ridge                IL        60527
          City                      State     ZIP Code

| | | | |
|---|---|---|---|
| Contact phone | (630) 794-5300 | Email | ND-Two@il.cslegal.com |

File #14-19-11022

B 10 (Supplement 2) (12/11)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on November 4, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on November 4, 2020.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Jody L. Gula , Debtor(s), 1580 Duchess Avenue, New Lenox, IL 60451
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

         /s/ Rachael A. Stokas

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**File #14-19-11022**

NOTE: This law firm is a debt collector.